IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY G. JOSEPH, | ) | |
| Petitioner, | ) | 2:03cv1513 |
| | ) | Electronic Filing |
| v. | ) | |
| | ) | Judge David Stewart Cercone / |
| NEAL K. MECHLING; THE DISTRICT ATTORNEY OF THE COUNTY OF ALLEGHENY; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) ) ) ) ) | Chief Magistrate Judge Maureen P. Kelly |
| Respondents. | ) | |

## **MEMORANDUM ORDER**

AND NOW, this 3rd day of November, 2015, after Petitioner Troy G. Joseph filed an amended petition for writ of habeas corpus in the above-captioned matter, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until October 26, 2015, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that petitioner's amended petition for writ of habeas corpus (ECF 90) is DISMISSED. The Clerk shall mark this case CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Troy G. Joseph
DN6541
SCI Rockview
Box A
Bellefonte, PA 16823
(*Via First Class Mail*)

Ronald W. Wabby, Jr., Esquire
(*Via CM/ECF Electronic Mail*)